**UNITED STATES ex rel. Steven J. HARTPENCE, Plaintiff–Appellant,**

v.

**KINETIC CONCEPTS, INC.; KCI–USA, Inc., Defendants–Appellees.**

**United States ex rel. Geraldine Godecke, Plaintiff–Appellant,**

v.

**Kinetic Concepts, Inc.; KCI–USA, Inc., Defendants–Appellees.**

Nos. 12–55396, 12–56117.

United States Court of Appeals, Ninth Circuit.

Dec. 3, 2014.

Michael A. Hirst, Hirst Law Group PC, Davis, CA, Mark Irving Labaton, Esquire, Isaacs Friedberg & Labaton, Los Angeles, CA, Patrick J. O'Connell, Andrea Dawn Rose, Jan Soifer, O'Connell & Soifer LLP, Austin, TX, for Plaintiff–Appellant.

Christopher G. Oprison, Esquire, Colin V. Ram, Maya P. Florence, Counsel, Gregory M. Luce, Skadden, Arps, Slate, Meagher & Flom LLP, Washington, DC, Matthew E. Sloan, Esquire, Counsel, Skadden, Arps, Slate, Meagher & Flom LLP, Los Angeles, CA, for Defendants–Appellees.

D.C. No. 2:08–cv–01885–GHK–AGR, D.C. No. 2:08–cv–06403–GHK–AGR.

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.